### ROBERTS v. STRICKLAND et al.

PER CURIAM. The evidence submitted at the interlocutory hearing being conflicting upon the controlling issues, the judgment of the court at such hearing, denying the injunction, will not be disturbed here.

*Judgment affirmed. All the Justices concur.*

No. 2939. MAY 20, 1922.

Petition for injunction. Before Judge Thomas. Brooks superior court. September 24, 1921.

*O. M. Smith* and *J. T. Norris,* for plaintiff.

*Bennet & Harrell,* for defendants.